## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 130 MAL 2023
                                 :
                   Petitioner    :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
         v.                      :
                                 :
                                 :
DANIEL CASEY,                    :
                                 :
                   Respondent    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.